# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**794**

**CAF 10-00537**

PRESENT: SCUDDER, P.J., SMITH, CARNI, SCONIERS, AND GREEN, JJ.

---

IN THE MATTER OF JOHN FANNING,
PETITIONER-APPELLANT,

                    V                                         ORDER

ALISA FANARA, RESPONDENT-RESPONDENT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JANET C. SOMES OF COUNSEL), FOR PETITIONER-APPELLANT.

ALISA FANARA, RESPONDENT-RESPONDENT PRO SE.

FAUNA M. PAPPALARDO, ATTORNEY FOR THE CHILD, FAIRPORT, FOR CARLY F.

---

Appeal from an order of the Family Court, Monroe County (Maija C. Dixon, A.J.), entered February 2, 2010 in a proceeding pursuant to Family Court Act article 6.  The order, inter alia, awarded petitioner visitation on a schedule mutually agreed to by the parties.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court